HECTOR CARBAJAL
Nevada Bar No. 6247
MATTHEW C. WOLF
Nevada Bar No. 10801
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
HJC@cmlawnv.com
MCW@cmlawnv.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERGON ASPHALT & EMULSIONS, INC., a Mississippi corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRIATI CONSTRUCTION CORP. INC., a Rhode Island corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND a Maryland corporation,<br><br>Defendants.<br><br>AND RELATED MATTERS. | Case No.: 2:13-CV-01683-GMN-NJK<br><br>**STIPULATION AND ORDER CONCERNING DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

Plaintiff / Counter-Defendant Ergon Asphalt & Emulsions, Inc. ("Ergon"), through its counsel John E. Bragonje of the law firm Lewis Roca Rothgerber LLP, and Defendants / Counter-Claimants Capriati Construction Corp., Inc. ("Capriati"), Zurich American Insurance Company ("Zurich"), and Fidelity and Deposit Company of Maryland ("Fidelity") (hereinafter, collectively, "Defendants"), through their counsel Hector J. Carbajal and Matthew C. Wolf of the law firm Carbajal & McNutt LLP, (collectively, "the Parties") hereby stipulate and agree that the deadline for Defendants to oppose Ergon's Motion for Award of Attorney Fees, Non-Taxable Costs, and Prejudgment Interest (ECF No. 68), which is presently set for **May 26, 2015**, shall be extended to **June 2, 2015**.

1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated May 20, 2015 | Dated May 20, 2015 |
| CARBAJAL & MCNUTT, LLP | LEWIS ROCA ROTHGERBER LLP |
| /s/Matthew C. Wolf<br>HECTOR J. CARBAJAL<br>Nevada Bar No. 6247<br>MATTHEW C. WOLF<br>Nevada Bar No. 10801<br>625 South Eighth Street<br>Las Vegas, Nevada 89101<br>hjc@cmlawnv.com<br>mcw@cmlawnv.com<br>*Attorneys for Defendants / Counter-Claimant* | /s/John E. Bragonje<br>JOHN E. BRAGONJE<br>Nevada Bar No. 9519<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>jbragonje@lrrlaw.com<br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: May 20, 2015

2