**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERGON ASPHALT AND EMULSIONS, INC., ) | |
| ) | Case No. 2:13-cv-01683-GMN-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CAPRIATI CONSTRUCTION CORP., INC., et al., ) | (Docket No. 82) |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a motion to withdraw filed by counsel for Defendants. Docket No. 82. Any response to that motion shall be filed no later than November 13, 2015. The Court hereby **SETS** the motion for hearing for 3:00 p.m. on November 18, 2015, in Courtroom 3A. Current counsel, any newly retained counsel, and a representative for each Defendant shall be present for the hearing. There will be no exceptions to this attendance requirement. Current counsel shall serve a copy of this order on each Defendant, and shall file a proof of service on the docket no later than November 13, 2015.

IT IS SO ORDERED.

DATED: November 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge