KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, Suite100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
         jfaux@fauxlaw.com
*Attorneys for Defendants*
*Zurich American Insurance Company and*
*Fidelity and Deposit Company of Maryland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERGON ASPHALT & EMULSIONS, INC., a Mississippi corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRIATI CONSTRUCTION CORP. INC., a Rhode Island corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>Defendants. | CASE NO:   2:13-CV-01683-GMN-NJK<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER** |
| CAPRIATI CONSTRUCTION CORP. INC., a Rhode Island corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>ERGON ASPHALT & EMULSIONS, INC., a Mississippi corporation; DOES 1 through X; ROE CORPORATION I through X, inclusive,<br><br>Counter-Defendants. | |

-1-

Pursuant to LRIA10-6(c), the parties hereby stipulate to the substitution of counsel as follows:

Zurich American Insurance Company and Fidelity and Deposit Company of Maryland hereby substitutes the firm of THE FAUX LAW GROUP, as attorneys of record in this matter, in the place and stead of the law firm of Carbajal & McNutt, LLP.

DATED this 18 day of November, 2015.

ZURICH AMERICAN INSURANCE COMPANY

By: _____
Name: Dennis C Harvey
Title: Claims Counsel

FIDELITY AND DEPOSIT COMPANY OF MARYLAND

By: _____
Name: Dennis C Harvey
Title: Claims Counsel

The law firm of Carbajal & McNutt, LLP agrees and consents to the substitution of THE FAUX LAW GROUP, as attorneys of record for Zurich American Insurance Company and Fidelity and Deposit Company of Maryland.

DATED this ____ day of November, 2015.

CARBAJAL & MCNUTT, LLP

By: _____
HECTOR J. CARBAJAL, II, ESQ.
Nevada Bar No. 6247
MATTHEW C. WOLF, ESQ.
Nevada Bar No. 10801
625 South Eighth Street
Las Vegas, NV 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529

-2-

Pursuant to LRIA10-6(c), the parties hereby stipulate to the substitution of counsel as follows:

Zurich American Insurance Company and Fidelity and Deposit Company of Maryland hereby substitutes the firm of THE FAUX LAW GROUP, as attorneys of record in this matter, in the place and stead of the law firm of Carbajal & McNutt, LLP.

DATED this ____ day of November, 2015.

ZURICH AMERICAN INSURANCE COMPANY

By: _____
Name: _____
Title: _____

FIDELITY AND DEPOSIT COMPANY OF MARYLAND

By: _____
Name: _____
Title: _____

The law firm of Carbajal & McNutt, LLP agrees and consents to the substitution of THE FAUX LAW GROUP, as attorneys of record for Zurich American Insurance Company and Fidelity and Deposit Company of Maryland.

DATED this ____ day of November, 2015.

CARBAJAL & MCNUTT, LLP

By:  /s/ Hector J. Carbahal, II, Esq. (with permission)
HECTOR J. CARBAJAL, II, ESQ.
Nevada Bar No. 6247
MATTHEW C. WOLF, ESQ.
Nevada Bar No. 10801
625 South Eighth Street
Las Vegas, NV 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529

-2-

The law firm of THE FAUX LAW GROUP accepts substitution of attorneys of record for Zurich American Insurance Company and Fidelity and Deposit Company of Maryland in this matter

DATED this ____ day of November, 2015.

          THE FAUX LAW GROUP

          By: /s/ Kurt C. Faux, Esq.
            KURT C. FAUX, ESQ.
            Nevada Bar No. 003407
            JORDAN F. FAUX, ESQ.
            Nevada Bar No. 12205
            1540 W. Warm Springs Road, Suite100
            Henderson, Nevada 89014

**IT IS SO ORDERED.**

DATED: February 16, 2016
      _____

            _____
            UNITED STATES MAGISTRATE JUDGE