HECTOR CARBAJAL
Nevada Bar No. 6247
MATTHEW C. WOLF
Nevada Bar No. 10801
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
HJC@cmlawnv.com
MCW@cmlawnv.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERGON ASPHALT & EMULSIONS, INC., a Mississippi corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRIATI CONSTRUCTION CORP. INC., a Rhode Island corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND a Maryland corporation,<br><br>Defendants.<br><br>AND RELATED MATTERS. | Case No.: 2:13-CV-01683-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE** |

Plaintiff Ergon Asphalt & Emulsions, Inc. ("Ergon"), by and through its counsel of record, Lewis Roca Rothgerber Christie LLP and Defendants Capriati Construction Corp., Inc., by and through its counsel of record Carbajal & McNutt, LLP; and Defendants, Zurich American Insurance Company and Fidelity and Deposit Company of Maryland, by and through their counsel of record, The Faux Law Group (collectively "Defendants"), hereby stipulate as follows:

Whereas this Court previously entered a final judgment for Ergon (ECF No. 66); and

Whereas the only matter remaining for this Court to determine is Ergon's motion for attorney fees (ECF No. 68); and

1

Whereas the parties have entered into a separate settlement agreement resolving Ergon's motion for attorney fees (ECF No. 68) and the parties' notices of appeal (*see* ECF Nos. 71 and 76),

Now therefore, the parties stipulate to withdraw Ergon's motion for attorney fees (ECF No. 68) and papers related to that motion, namely the Defendants' opposition (ECF No. 75) and Ergon's reply (ECF No. 78), and the parties stipulate to dismiss this action with prejudice.  Each party will bear its own attorney fees and costs in accordance with the terms of the Settlement Agreement entered into between the parties on April 12, 2016.

| Dated August 16, 2016 | Dated August 16, 2016 |
|---|---|
| CARBAJAL & MCNUTT, LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| */s/Matthew C. Wolf* | */s/John E. Bragonje* |
| HECTOR J. CARBAJAL<br>Nevada Bar No. 6247<br>MATTHEW C. WOLF<br>Nevada Bar No. 10801<br>625 South Eighth Street<br>Las Vegas, Nevada 89101<br>hjc@cmlawnv.com<br>mcw@cmlawnv.com<br>*Attorneys for Defendants / Counter-Claimant* | JOHN E. BRAGONJE<br>Nevada Bar No. 9519<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>jbragonje@lrrc.com<br>*Attorney for Plaintiff* |

Dated August 16, 2016

THE FAUX LAW GROUP

*/s/ Jordan F. Faux*
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, Suite100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
kfaux@fauxlaw.com
jfaux@fauxlaw.com
*Attorneys for Defendants*
*Zurich American Insurance Company and*
*Fidelity and Deposit Company of Maryland*

**ORDER**

Good cause appearing, IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

DATED this 17 day of August, 2016.

3